An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

J.D. CALDWELL,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 68734

**FILED**

OCT 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
        DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a purported decision denying a motion to correct illegal sentence. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

No decision, oral or written, had been made on the motion when appellant filed his appeal on August 28, 2015. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Kathleen E. Delaney, District Judge
    J.D. Caldwell
    Attorney General/Carson City
    Clark County District Attorney
    Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-32381